1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ABRAHAM FINE (CABN 292647)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3717
7       FAX: (510) 637-3724
        Abraham.fine@usdoj.gov
8

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,            )  CASE NO. 22-CR-0295-HSG
                                         )
14         Plaintiff,                    )  **STIPULATION AND ORDER EXCLUDING**
                                         )  **TIME UNDER THE SPEEDY TRIAL ACT**
15      v.                               )  **UNTIL APRIL 19, 2023**
                                         )
16  VIRGIL ELBERT,                       )
                                         )
17         Defendant.                    )
                                         )
18

19

20

21

22

23

24

25

26

27

28

1  It is hereby stipulated by and between counsel for the United States and counsel for defendant Virgil Elbert that time be excluded under the Speedy Trial Act from February 8, 2023, through April 19, 2023. At the status conference held on February 8, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to review discovery, pursue its investigation, and so that the parties could explore and finalize their proposed resolution. Moreover, each counsel will be unavailable for a week in early April. For these reasons and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until April 19, 2023, will allow for the effective preparation of defense counsel and for continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 8, 2023, through April 19, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),(B)(iv).

DATED: February 8, 2023

Respectfully submitted,

STEPHANIE HINDS
United States Attorney

 /s/
ABRAHAM FINE
Assistant United States Attorney

DATED: February 8, 2023

/s/
ANGELA HANSEN
Counsel for Defendant VIRGIL ELBERT

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 8, 2023, and for good cause shown, the Court finds that failing to exclude the time under the Speedy Trial Act from February 8, 2023, through April 19, 2023, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B) (iv). The Court further finds that the ends of justice served by excluding the time from February 8, 2023, to April 19, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 8, 2023, through April 19, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   2/9/2023

HON. HAYWOOD S. GILLIAM JR.
United States District Judge